**SET ASIDE and REMAND; and Opinion Filed February 2, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00344-CV

**TONYA TUCKER AND DEBORAH TUCKER, Appellants**

**V.**

**DALLAS COUNTY, CITY OF DALLAS,
DALLAS INDEPENDENT SCHOOL DISTRICT, PARKLAND HOSPITAL DISTRICT,
DALLAS COUNTY SCHOOL EQUALIZATION FUND,
AND DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, Appellees**

**On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. TX-11-30967**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Fillmore, and Stoddart
Opinion by Justice Fillmore

Before the Court is the parties' joint motion to reverse and remand. The parties have agreed to settle their differences and ask this Court to vacate the appealed order and remand this matter to the trial court. We grant the parties' motion, set aside the trial court's January 13, 2017 order without regard to the merits, and remand this case to the trial court for rendition of an order in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

/Robert M. Fillmore/

ROBERT M. FILLMORE
JUSTICE

170344F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TONYA TUCKER AND
DEBORAH TUCKER, Appellants

No. 05-17-00344-CV     V.

DALLAS COUNTY, CITY OF DALLAS,
DALLAS INDEPENDENT SCHOOL
DISTRICT, PARKLAND HOSPITAL
DISTRICT, DALLAS COUNTY
SCHOOL EQUALIZATION FUND, AND
DALLAS COUNTY COMMUNITY
COLLEGE DISTRICT, Appellees

On Appeal from the 116th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. TX-11-30967.
Opinion delivered by Justice Fillmore.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, we **SET ASIDE** the trial court's January 13, 2017 order without regard to the merits and **REMAND** this case to the trial court for rendition of an order in accordance with the parties' agreement.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered this 2nd day of February, 2018.

–2–